CHARLES J. QUIMBY, *Respondent, v.* HORACE B. CLAFLIN and
others, *Appellants.* — Judgment reversed, and new trial granted,

costs to abide event. Order of reference vacated. Opinion by
GILBERT, J.; DYKMAN, J., not sitting.